Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−35049−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco C Ledesma
aka Francisco C Ledesma III, aka Francisco Cruz Ledesma III
60 E 1st St
Clifton, NJ 07011−1004

Shirley Lyn C Ledesma
aka Shirley Lyn Castaneda Ledesma
60 E 1st St
Clifton, NJ 07011−1004

Social Security No.:
xxx−xx−1819                                                  xxx−xx−8320

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 4, 2019.

On 1/15/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date: February 13, 2020
Time: 08:30 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 22, 2020
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-35049-JKS
Francisco C Ledesma                                                     Chapter 13
Shirley Lyn C Ledesma
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3            Date Rcvd: Jan 22, 2020
                              Form ID: 185             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db             Francisco C Ledesma,    60 E 1st St,    Clifton, NJ   07011-1004
jdb            Shirley Lyn C Ledesma,    60 E 1st St,    Clifton, NJ   07011-1004
518008566      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern   PA 19355-0701
517936152     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517936153     +Amex/Bankruptcy,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518057303     +Citibank, N.A.,   Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517936160      Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,   Mason, OH 45040
517936161     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,   Sioux Falls, SD 57117-5524
517963368     +Nelnet obo College Assist,    c/o Education Credit Management Corp,    PO Box 16358,
                St. Paul, MN 55116-0358
518133909      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517936148     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                Dallas, TX 75266-0360
517936151     +Nissan-Infinity,    Attn: Bankruptcy,    PO Box 660360,    Dallas, TX 75266-0360
518449312    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517936149    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
517936177      Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
518049121     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517936178     +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
518063148      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI 53708-8973
517936179     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                Madison, WI 53707-7860
517936180     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
518570360     +Wilmington Savings Fund Society, FSB,    c/o AMIP Management,
                3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:03      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:13:53
                Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517936146      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 23 2020 01:04:17      American Honda Finance,
                Attn: Bankruptcy,   Po Box 168088,    Irving, TX 75016
517936150     +E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 23 2020 01:04:17      America Honda Finance,
                Attn: Bankruptcy Dept,    PO Box 168088,    Irving, TX 75016-8088
517936147     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 23 2020 01:04:36
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Fl,    Coral Gables, FL 33146-1837
518021274      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 23 2020 01:00:58
                CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
517936154     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 01:00:24      Capital One,
                Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518017009     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 01:12:47
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517936155      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 01:00:24
                Capital One Services, LLC,    PO Box 30285,   Salt Lake City, UT 84130-0285
517936156     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 01:03:40      Comenity Capital/mprc,
                Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
517936157     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 01:03:41      Comenitycb/modellvisa,
                Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
517936158     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2020 01:01:17      Credit One Bank,
                Attn: Bankruptcy,   Po Box 98873,    Las Vegas, NV 89193-8873
518057277      E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:54
                Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517936159     +E-mail/PDF: pa_dc_ed@navient.com Jan 23 2020 01:00:32     Dept of Ed / Navient,
                Attn: Claims Dept,   Po Box 9635,    Wilkes Barr, PA 18773-9635
517936162     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 23 2020 01:04:58      Genesis Bc/celtic Bank,
                Attn: Bankruptcy,   268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
518048635      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 01:01:22      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jan 22, 2020
                              Form ID: 185             Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517936163      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 23 2020 01:00:56
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517936164      +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:02:01      Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
518048381       E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:02:01      Navient CFC,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
518048380       E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:01:14      Navient PC TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
518062769       E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:02:02
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517936165      +E-mail/Text: electronicbkydocs@nelnet.net Jan 23 2020 01:04:08       Nelnet,    Attn: Claims,
                 Po Box 82505,    Lincoln, NE 68501-2505
518033724       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:13:53
                 Portfolio Recovery Associates, LLC,    C/o Synchrony Car Care,    POB 41067,    Norfolk VA 23541
518051779       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:55
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                 Norfolk VA 23541
518028008       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:12
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic,    POB 41067,    Norfolk VA 23541
518046979       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:56
                 Portfolio Recovery Associates, LLC,    c/o Bp,   POB 41067,    Norfolk VA 23541
518028063       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:13:03
                 Portfolio Recovery Associates, LLC,    c/o Gap,   POB 41067,    Norfolk VA 23541
518028011       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:13:53
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
518062112       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:00:27
                 Portfolio Recovery Associates, LLC,    c/o LORD&TAYLOR,    POB 41067,    Norfolk VA 23541
518028562       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:00:27
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
518046940       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:56
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517964125      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 01:04:25       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518025084       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:54
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA   98083-0788
518044248       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:54
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
518044250       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:54
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
517936168      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:05      Syncb/PLCC,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517936166      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:36      Syncb/ccsycc,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517936167      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:20      Syncb/cheapoair Dc,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517936169      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:31      Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936432      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:42      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518050744      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:19      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517936170      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:13      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936171      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:37      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936172      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:47      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936173      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:14      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936174      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:38      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936175      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:12      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936176      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:28
                 Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    Po Box 965064,
                 Orlando, FL 32896-5064
518062733      +E-mail/Text: bncmail@w-legal.com Jan 23 2020 01:04:18       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                TOTAL: 50
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 22, 2020
                              Form ID: 185             Total Noticed: 71

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518052154*      +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518570361*      +Wilmington Savings Fund Society, FSB,    c/o AMIP Management,
                 3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
                                                                                              TOTALS: 0, * 2, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Francisco C Ledesma yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Joint Debtor Shirley Lyn C Ledesma yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Maxine Evans    amipbk@ghidottiberger.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```