**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:  **Francisco C Ledesma**          Case No.:  **18-35049**
        **Shirley Ledesma**              Judge:     **JKS**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required        Date: 1/14/2020
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  DGB          Initial Debtor:  FCL          Initial Co-Debtor  S L

## Part 1: Payment and Length of Plan

a. The debtors have paid $7000.00 to date, and shall pay **750.00 Monthly** to the Chapter 13 Trustee, starting in **February 2020** for approximately **47** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ✓ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Goldman & Beslow LLC** | Attorney fees | Unknown |
| **Harvey I Marcus** | Prior attorney fees | $3050.00 |
| **Marie Ann Greenberg, Ch. 13 Trustee** | Trustee commissions | Unknown |
| **Internal Revenue Service** | Taxes | $0.00 |
| **State of New Jersey Division of Taxation** | Taxes | $5067.36 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Wilmington Savings | 1st mortgage arrears | $29,917.17 | n/a | $29,917.17 | ongoing payments |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

  1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

3

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Toyota | Leased 2016 Toyota Corolla | $11,925.00 per creditor's motion for relief from stay | Surrender in full satisfaction of debt |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

    The following secured claims are unaffected by the Plan:

<u>Creditor</u>

American Honda Finance
Nissan Motor Acceptance Corp/Infinity

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

**Part 5:  Unsecured Claims**    **X NONE**

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
        ☐ Not less than $____ to be distributed *pro rata*
        ☐ Not less than ___ percent
        ☑ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Dept of Ed/Navient (all student loans) | Student loans | Outside plan when due | Outside plan when due |
| Navient (all student loans) | Student loans | Outside plan when due | Outside plan when due |
| Nelnet (all student loans) | Student loans | Outside plan when due | Outside plan when due |

**Part 6:  Executory Contracts and Unexpired Leases**    **X NONE**

4

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions   X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

**b. Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) **Chapter 13 Standing Trustee Commissions**
2) **Other Administrative Claims - including Attorney Fees & Costs**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ▌NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **12/23/2018**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Accounting for end of lease and motion for stay relief filed by auto lessor to allow it to sell property post-surrender** | **Surrendering vehicle in full satisfaction of debt and removing tax refunds to be paid into plan - Debtors are pro-rating tax refunding income to fund higher plan payments** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **January 14, 2020**    /s/ **Francisco C Ledesma**
**Francisco C Ledesma**
Debtor

Date: **January 14, 2020**    /s/ **Shirley Ledesma**
**Shirley Ledesma**
Joint Debtor

Date **January 14, 2020**    /s/ **David Beslow, Esq.**

6

**David Beslow, Esq. 5300**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 18-35049-JKS
Francisco C Ledesma                                           Chapter 13
Shirley Lyn C Ledesma
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 3                  Date Rcvd: Jan 22, 2020
                               Form ID: pdf901            Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db/jdb         Francisco C Ledesma,    Shirley Lyn C Ledesma,    60 E 1st St,    Clifton, NJ   07011-1004
518008566      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517936152     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
517936153     +Amex/Bankruptcy,    Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
518057303     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517936160      Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,   Mason, OH 45040
517936161     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,   Sioux Falls, SD 57117-5524
517963368     +Nelnet obo College Assist,    c/o Education Credit Management Corp,    PO Box 16358,
                St. Paul, MN 55116-0358
518133909      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517936148     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                Dallas, TX 75266-0360
517936151     +Nissan-Infinity,    Attn: Bankruptcy,    PO Box 660360,    Dallas, TX 75266-0360
518449312    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517936149    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
517936177      Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
518049121     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517936178     +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
518063148      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI 53708-8973
517936179     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                Madison, WI 53707-7860
517936180     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
518570360     +Wilmington Savings Fund Society, FSB,    c/o AMIP Management,
                3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:10
                Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517936146      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 23 2020 01:04:17     American Honda Finance,
                Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517936150      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 23 2020 01:04:17     America Honda Finance,
                Attn: Bankruptcy Dept,    PO Box 168088,    Irving, TX 75016-8088
517936147     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 23 2020 01:04:36
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Fl,    Coral Gables, FL 33146-1837
518021274      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 23 2020 01:00:19
                CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
517936154     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 01:01:52     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518017009     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 01:12:47
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517936155      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 01:00:24
                Capital One Services, LLC,    PO Box 30285,    Salt Lake City, UT 84130-0285
517936156     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 01:03:42     Comenity Capital/mprc,
                Attn:  Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517936157     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 01:03:42     Comenitycb/modellvisa,
                Attn:  Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517936158     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2020 01:00:31     Credit One Bank,
                Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518057277      E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:55
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517936159     +E-mail/PDF: pa_dc_ed@navient.com Jan 23 2020 01:02:02     Dept of Ed / Navient,
                Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517936162     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 23 2020 01:04:59     Genesis Bc/celtic Bank,
                Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
518048635      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 01:01:25     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517936163     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 23 2020 01:01:45
                Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
```

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Jan 22, 2020
                              Form ID: pdf901          Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517936164      +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:00:32      Navient,   Attn: Bankruptcy,
                 Po Box 9000,   Wiles-Barr, PA 18773-9000
518048381       E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:00:32      Navient CFC,
                 c/o Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
518048380       E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:02:02      Navient PC TRUST,
                 c/o Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
518062769       E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 01:00:33
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517936165      +E-mail/Text: electronicbkydocs@nelnet.net Jan 23 2020 01:04:08       Nelnet,   Attn: Claims,
                 Po Box 82505,   Lincoln, NE 68501-2505
518033724       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:57
                 Portfolio Recovery Associates, LLC,   C/o Synchrony Car Care,   POB 41067,   Norfolk VA 23541
518051779       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:59
                 Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                 Norfolk VA 23541
518028008       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:13
                 Portfolio Recovery Associates, LLC,   c/o Banana Republic,   POB 41067,   Norfolk VA 23541
518046979       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:15
                 Portfolio Recovery Associates, LLC,   c/o Bp,   POB 41067,   Norfolk VA 23541
518028063       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:13:53
                 Portfolio Recovery Associates, LLC,   c/o Gap,   POB 41067,   Norfolk VA 23541
518028011       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:00:28
                 Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
                 Norfolk VA 23541
518062112       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:13
                 Portfolio Recovery Associates, LLC,   c/o LORD&TAYLOR,   POB 41067,   Norfolk VA 23541
518028562       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:14
                 Portfolio Recovery Associates, LLC,   c/o Old Navy,   POB 41067,   Norfolk VA 23541
518046940       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:01:58
                 Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
517964125      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 01:04:25      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518025084       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:55
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
518044248       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:55
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
518044250       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:55
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
517936168      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:07      Syncb/PLCC,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517936166      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:07      Syncb/ccsycc,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517936167      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:38      Syncb/cheapoair Dc,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517936169      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:32      Synchrony Bank,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936432      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518050744      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517936170      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:40      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936171      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:32      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936172      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:14      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936173      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:46      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936174      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:02      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936175      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:39      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517936176      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:02:14
                 Synchrony/Ashley Furniture Homestore,   Attn: Bankruptcy,   Po Box 965064,
                 Orlando, FL 32896-5064
518062733      +E-mail/Text: bncmail@w-legal.com Jan 23 2020 01:04:18      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 50

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2           User: admin                 Page 3 of 3              Date Rcvd: Jan 22, 2020
                               Form ID: pdf901             Total Noticed: 70

518052154*       +Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                   Coral Gables, FL 33146-1837
518570361*       +Wilmington Savings Fund Society, FSB,   c/o AMIP Management,
                   3020 Old Ranch Parkway, Suite 180,   Seal Beach, CA 90740-2799
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
```
              David G. Beslow    on behalf of Debtor Francisco C Ledesma yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Joint Debtor Shirley Lyn C Ledesma yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Maxine Evans     amipbk@ghidottiberger.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```