UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 18-35049-JKS |
| | : | CHAPTER: 13 |
| Francisco C Ledesma aka Francisco C Ledesma, III aka Francisco Cruz Ledesma, III | : : | **NOTICE OF APPEARANCE** |
| | : | |
| Shirley Lyn C Ledesma aka Shirley Lyn Castaneda Ladesma | : : | HON. JUDGE.: John K. Sherwood |
| | : | |
| Debtor | : : : : | |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing as servicer for U.S. Bank
> Trust National Association, as Trustee of BKPL-EG
> Basket Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a

waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: November 29, 2021
New York, New York

By: /s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for SN Servicing as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Jonathan Schwalb, Esq. <br> Friedman Vartolo LLP <br> 85 Broad Street, Suite 501 <br> New York, New York 10004 <br> P: (212) 471-5100 <br> Attorneys for SN Servicing as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust, | Case No.: | 18-35049 |
| | Chapter: | 13 |
| In Re: <br><br> Francisco C Ledesma aka Francisco C Ledesma, III aka Francisco Cruz Ledesma, III Shirley Lyn C Ledesma aka Shirley Lyn Castaneda Ladesma | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | John K Sherwood |

## CERTIFICATION OF SERVICE

1. I, _____Katie Crotteau_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Jonathan Schwalb, Esq._____, who represents _____SN Servicing Corporation_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____November 29, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____November 29, 2021_____      /s/ Katie Crotteau
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Francisco C Ledesma<br>60 E 1st St<br>Clifton, NJ 07011-1004 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| David G. Beslow<br>Goldman & Beslow, LLC<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, NJ 07017 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF_____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF_____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF_____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shirley Lyn C Ledesma<br>60 E 1st St<br>Clifton, NJ 07011-1004 | Joint Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |