| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Francisco and Shirley Ledesma* | <br><br>Order Filed on January 18, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**FRANCISCO C. LEDESMA and SHIRLEY LNN C. LEDESMA,**<br><br>Debtors | Case No.: 18-35049<br><br>Chapter:    13<br><br>Judge:    JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 18, 2022**

Page:       2
Debtor(s):  Francisco C. Ledesma and Shirley Lyn Ledesma
Case No.:   18-35049/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $2,400.00 for services rendered and expenses in the amount of $ 12.12  for a total of $2,412.12 of which $500.00 has already been received by said attorney and of which the balance of $1,912.12 shall be paid as follows:

_XX_ through the Chapter 13 Plan as an administrative priority, in the amount of $570.00 from the balance of funds on hand with the Chapter 13 Trustee; and

_XX_ outside the plan by the debtors in the amount of $1,342.12.

The debtor's monthly plan is modified to require a payment of N/A for N/A months to allow for payment of the aforesaid fee.