| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | |
| In Re:<br>Francisco C Ledesma<br>Shirley Ledesma | Case No.  18-35049<br>Chapter:  13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Francisco C Ledesma__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/14/22

_Francisco C Ledesma_
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | |
| In Re:<br>Francisco C Ledesma<br>Shirley Ledesma | Case No.  18-35049<br>Chapter:  13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Shirley Ledesma_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/14/22

_____
Shirley Ledesma
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.