| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re:<br>Francisco C Ledesma<br>Shirley Ledesma | Case No. | 18-35049 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Francisco C Ledesma**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/14/22

Francisco C Ledesma
Debtor's Signature

### IMPORTANT:
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re:<br>Francisco C Ledesma<br>Shirley Ledesma | Case No. | 18-35049 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Shirley Ledesma__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/14/22

_____
Shirley Ledesma
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**