**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Francisco C Ledesma | Social Security number or ITIN xxx–xx–1819 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Shirley Lyn C Ledesma | Social Security number or ITIN xxx–xx–8320 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number: 18–35049–JKS

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francisco C Ledesma
aka Francisco C Ledesma III, aka Francisco Cruz Ledesma III

Shirley Lyn C Ledesma
aka Shirley Lyn Castaneda Ledesma

4/7/22

**By the court:** John K. Sherwood
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco C Ledesma  
Shirley Lyn C Ledesma  
    Debtors

Case No. 18-35049-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Apr 07, 2022      Form ID: 3180W      Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Francisco C Ledesma, Shirley Lyn C Ledesma, 60 E 1st St, Clifton, NJ 07011-1004 |
| cr | + | SN Servicing as servicer for U.S. Bank Trust Natio, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 518133909 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517936148 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 517936151 | + | Nissan-Infinity, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 518449312 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517936178 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 519549609 | | U.S. Bank Trust National Association,, as Trustee of BKPL-EG Basket Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501 |
| 519549610 | | U.S. Bank Trust National Association,, as Trustee of BKPL-EG Basket Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501, U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust |
| 519307306 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 519307307 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA SN Servicing Corporation 95501-0305 |
| 518570360 | + | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 08 2022 00:43:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517936146 | | EDI: HNDA.COM | Apr 08 2022 00:43:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517936150 | + | EDI: HNDA.COM | Apr 08 2022 00:43:00 | America Honda Finance, Attn: Bankruptcy Dept, PO Box 168088, Irving, TX 75016-8088 |
| 518008566 | | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517936152 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:57 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517936153 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:53:19 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517936147 | + | EDI: LCIBAYLN | Apr 08 2022 00:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Fl, Coral Gables, FL 33146-1873 |
| 518021274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 07 2022 20:41:50 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, |

| District/off: 0312-2 | User: admin | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: 3180W | | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0368 |
| 517936154 | + | EDI: CAPITALONE.COM | Apr 08 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518017009 | + | EDI: AIS.COM | Apr 08 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517936155 | | EDI: CAPITALONE.COM | Apr 08 2022 00:43:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518057303 | + | EDI: CITICORP.COM | Apr 08 2022 00:43:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517936156 | + | EDI: WFNNB.COM | Apr 08 2022 00:43:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517936157 | + | EDI: WFNNB.COM | Apr 08 2022 00:43:00 | Comenitycb/modellvisa, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517936158 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2022 20:41:46 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517936160 | + | EDI: CITICORP.COM | Apr 08 2022 00:43:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 517936180 | + | EDI: CITICORP.COM | Apr 08 2022 00:43:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518057277 | | EDI: Q3G.COM | Apr 08 2022 00:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517936159 | + | EDI: NAVIENTFKASMDOE.COM | Apr 08 2022 00:43:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517936161 | + | EDI: AMINFOFP.COM | Apr 08 2022 00:43:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517936162 | + | EDI: PHINGENESIS | Apr 08 2022 00:43:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 518048635 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 20:41:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517936163 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 07 2022 20:41:43 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517936164 | + | EDI: NAVIENTFKASMSERV.COM | Apr 08 2022 00:43:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518048381 | | EDI: NAVIENTFKASMSERV.COM | Apr 08 2022 00:43:00 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518048380 | | EDI: NAVIENTFKASMSERV.COM | Apr 08 2022 00:43:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518062769 | | EDI: NAVIENTFKASMDOE.COM | Apr 08 2022 00:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517936165 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 07 2022 20:37:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 517963368 | + | EDI: ECMC.COM | Apr 08 2022 00:43:00 | Nelnet obo College Assist, c/o Education Credit Management Corp, PO Box 16358, St. Paul, MN 55116-0358 |
| 518033724 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/o Synchrony Car Care, POB 41067, Norfolk VA 23541 |
| 518709186 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: 3180W | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 518709187 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518051779 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518028008 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518046979 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518028063 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518028011 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518062112 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o LORD&TAYLOR, POB 41067, Norfolk VA 23541 |
| 518028562 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518046940 | | EDI: PRA.COM | Apr 08 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517964125 | + | EDI: JEFFERSONCAP.COM | Apr 08 2022 00:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518044248 | | EDI: Q3G.COM | Apr 08 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518044250 | | EDI: Q3G.COM | Apr 08 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518025084 | | EDI: Q3G.COM | Apr 08 2022 00:43:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517936168 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517936166 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Syncb/ccsycc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517936167 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Syncb/cheapoair Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518050744 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517936169 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936432 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517936170 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936171 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936172 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936173 | + | EDI: RMSC.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 08 2022 00:43:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936174 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936175 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936176 | + | EDI: RMSC.COM | Apr 08 2022 00:43:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518062733 | + | Email/Text: bncmail@w-legal.com | Apr 07 2022 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517936149 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 07 2022 20:37:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517936177 | | EDI: WTRRNBANK.COM | Apr 08 2022 00:43:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 518049121 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 07 2022 20:37:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518747149 | | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:51 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518063148 | | EDI: WFFC.COM | Apr 08 2022 00:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517936179 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 07 2022 20:37:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518052154 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 518570361 | *+ | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022        Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 07, 2022 | Form ID: 3180W | Total Noticed: 78 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Francisco C Ledesma yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Shirley Lyn C Ledesma yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust, bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Shirley Lyn C Ledesma yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Debtor Francisco C Ledesma yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Maxine Evans | amipbk@ghidottiberger.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Metropolitan Life Insurance Company rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12